IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON EDWARD STIDHAM<br><br>Petitioner,<br><br>v.<br><br>SUSAN WASHBURN<br><br>Respondent.<br>_____ | Case No. 3:21-CV-00282-CL<br><br>ORDER |

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 46), and the matter is now before this Court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 46) is adopted in full. Accordingly, the Petition for Writ of Habeas Corpus (ECF NO. 1) is DENIED, and this proceeding is DISMISSED with prejudice. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

1 –ORDER

IT IS SO ORDERED.

      DATED this 23rd day of August, 2023.

                                                                               ___s/Michael J. McShane_____  
                                                                                   Michael McShane  
                                                                          United States District Judge